Thomas P. Sundmaker, Esq.
Attorney For Defendant, *pro hac vice*
Attorney ID No. 60255
800 Main Street
Stroudsburg, PA  18360
(570) 476-0621

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NOS.  1:24-CR-00178-RBW |
| | : | 1:24-MJ-00054-GMH |
| vs. | : | |
| | : | |
| ANDREW VALENTIN, | : | |
| Defendant. | : | |

---

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas P. Sundmaker, Esquire, *pro hac vice* as counsel for ANDREW VALENTIN, Defendant in the above captioned matter.

Date: April 29, 2024

/s/ Thomas P. Sundmaker
Thomas P. Sundmaker, Esq.
Attorney For Defendant, *pro hac vice*
Attorney I.D. No. 60255
800 Main Street
Stroudsburg, PA 18360
(570) 476-0621

Thomas P. Sundmaker, Esq.
Attorney For Defendant, *pro hac vice*
Attorney ID No. 60255
800 Main Street
Stroudsburg, PA 18360
(570) 476-0621

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | NOS. 1:24-CR-00178-RBW |
| | : | 1:24-MJ-00054-GMH |
| vs. | : | |
| | : | |
| ANDREW VALENTIN, | : | |
| Defendant. | : | |

---

**CERTIFICATE OF SERVICE**

I, THOMAS P. SUNDMAKER, ESQ., Attorney for Defendant *pro hac vice*, do hereby certify that on April 29, 2024 I electronically served a true and correct copy of a Notice of Appearance, upon:

Anna Krasinski, USAO
53 Pleasant Street
Suite 4th Floor
Concord, NH  03301
Anna.krasinski@usdoj.gov

Date:  April 29, 2024

/s/ Thomas P. Sundmaker
Thomas P. Sundmaker, Esq.
Attorney for Defendant, *pro hac vice*
Attorney I.D. No. 60255
800 Main Street
Stroudsburg, PA 18360
(570) 476-0621