UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW VALENTIN, and<br>ANDREW VALENTIN<br><br>    Defendants. | Case No. 1:24-CR-00178-RBW |

GOVERNMENT'S NOTICE OF FILING OF
EXHIBITS UNDER LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice under Local Criminal Rule 49, of the following exhibits in relation its sentencing memorandum (ECF No. 65). These exhibits will be offered into evidence during the sentencing hearing scheduled for January 17, 2025. The United States has provided copies to defense counsel via USAfx and will deliver a thumb drive containing the exhibits to the Court's chambers. Because the exhibits are video clips, the exhibits are not in a format that readily permits electronic filing on CM/ECF.

The proposed exhibits are as follows:

1. Government's Exhibit 1 is an open-source video filmed at the Capitol on January 6, 2021. The video is approximately 7 minutes and 55 seconds long.

2. Government's Exhibit 2 is body camera footage filmed on January 6, 2021. The video is approximately 4 minutes long.

3. Government's Exhibit 3 is an open-source video filmed at the Capitol on January 6, 2021. The video is approximately 14 minutes and 4 seconds long.

4. Government's Exhibit 4 is body camera footage filmed on January 6, 2021. The video is approximately 4 minutes and 21 seconds long.

5. Government's Exhibit 5 is body camera footage filmed on January 6, 2021. The video is approximately 4 minutes and 32 seconds long.

6. Government's Exhibit 6 is body camera footage filmed on January 6, 2021. The video is approximately 8 minutes and 17 seconds long.

7. Government's Exhibit 7 is body camera footage filmed on January 6, 2021. The video is approximately 8 minutes and 23 seconds long.

8. Government's Exhibit 8 is an open-source video filmed at the Capitol on January 6, 2021. The video is approximately 2 minutes and 14 seconds long.

9. Government's Exhibit 9 is body camera footage filmed on January 6, 2021. The video is approximately 2 minutes and 8 seconds long.

10. Government's Exhibit 10 is an open-source video filmed at the Capitol on January 6, 2021. The video is approximately 30 minutes and 42 seconds long.

11. Government's Exhibit 11 is body camera footage filmed on January 6, 2021. The video is approximately 12 minutes and 21 seconds long.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:   s/ *Anna Z. Krasinski*
ANNA Z. KRASINSKI
Assistant United States Attorney
New Hampshire Bar No. 276778
United States Attorney's Office
Detailed from the District of New Hampshire
(603) 451-7851
anna.krasinski@usdoj.gov