| | |
|---|---|
| Government | ✓ |
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

MATTHEW VALENTIN and ANDREW VALENTIN

Civil/Criminal No. 24-CR-178 (RBW)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | VIDEO | 1/17/2025 | 1/17/2025 | | |
| 2 | VIDEO | 1/17/2025 | 1/17/2025 | | |
| 3 | VIDEO | 1/17/2025 | 1/17/2025 | | |
| 4 | VIDEO | 1/17/2025 | 1/17/2025 | | |
| 5 | VIDEO | 1/17/2025 | 1/17/2025 | | |
| 6 | VIDEO | 1/17/2025 | 1/17/2025 | | |
| 7 | VIDEO | 1/17/2025 | 1/17/2025 | | |
| 8 | VIDEO | 1/17/2025 | 1/17/2025 | | |
| 9 | VIDEO | 1/17/2025 | 1/17/2025 | | |
| 10 | VIDEO | 1/17/2025 | 1/17/2025 | | |

| | | UNITED STATES OF AMERICA | | | | |
|---|---|---|---|---|---|---|
| Government | ✓ | | | | | |
| Plaintiff | ☐ | VS. | | | Civil/Criminal No. | 24-CR-178 (RBW) |
| Defendant | ☐ | | | | | |
| Joint | ☐ | MATTHEW VALENTIN and ANDREW VALENTIN | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | VIDEO | 1/17/2025 | 1/17/2025 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |